United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

SOPHIE SHEN,

Plaintiff,

v.

ZHE LI,

Defendant.

Case No. 26-cv-04150-BLF

**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION**

[Re: ECF 17]

On July 28, 2026, Plaintiff filed an administrative motion seeking an order requiring Defendant to participate in a planning conference pursuant to Federal Rule of Civil Procedure 26(f). Rule 26(f) directs the parties to "confer as soon as practicable--and in any event at least 21 days before a scheduling conference is to be held[.]" Fed. R. Civ. P. 26(f)(1). Plaintiff asserts that because the Court has not set a case management conference, Defendant is required to confer "as soon as practicable" but has refused to do so.

The docket reflects that a text-only Clerk's Notice Resetting Case Management Conference Following Reassignment was entered on May 25, 2026, setting an Initial Case Management Conference for October 22, 2026 at 11:00 a.m. with an October 15, 2026 deadline for submission of a Joint Case Management Statement. *See* ECF 10. The docket also reflects that Plaintiff's counsel received email notification of the Clerk's Notice. Pursuant to Rule 26(f)(1), Defendant must confer with Plaintiff at least 21 days before the October 22, 2026 Initial Case Management Conference. Accordingly, her administrative motion is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: July 29, 2026

BETH LABSON FREEMAN
United States District Judge